AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS DEROSIER<br><br>Defendant(s) | Case No. 3:21-mj-521 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _7/27/2018 through 9/15/2020_ in the county of _Grand Forks_ in the _____ District of _North Dakota_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2252A(a)(5)(B) | Possession of Child Pornography (9/15/2020) |
| 18 USC Section 2252A(a)(2) | Receipt and Distribution of Child Pornography (2018 & continuing to 9/15/2020) |
| 18 USC Section 2423(b) | Travel With Intent to Engage in Illicit Sexual Conduct (Between March and April 2020) |

This criminal complaint is based on these facts:

See attached Affidavit of Daniel M. Casetta, Special Agent, Department of Homeland Security, Home Security Investigations

☑ Continued on the attached sheet.

_Complainant's signature_

Daniel M. Casetta, Special Agent-DHS/HSI
_Printed name and title_

Sworn to before me ~~and signed in my presence~~ via telephone.

Date: December 15, 2021

_Judge's signature_

City and state: Fargo, ND

Alice R. Senechal, U.S. Magistrate Judge
_Printed name and title_