


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/16/2020 11:01 EDT                                                                                              Page 1 of 2

**CASE NUMBER**
GC07QS20GC0009

**CASE OPENED**
9/16/2020

**CURRENT CASE TITLE**
Nicholas DEROSIER Et Al

**REPORT TITLE**
Search Warrant at
Grand Forks, ND

**SYNOPSIS**

In October 2020, Homeland Security Investigations (HSI) Grand Forks, ND, received a request for assistance from the Grand Forks Police Department regarding an individual involved in financial crimes in North Dakota and Minnesota. The individual has been identified as Nicholas DEROSIER.

This report of investigation documents the search warrant at             ., Grand Forks, ND.

**REPORTED BY**
Daniel Casetta
NO TITLE FOUND

**APPROVED BY**
Timothy Litzinger
SPECIAL AGENT

**DATE APPROVED**
9/16/2020

DEFENDANT'S EXHIBIT
12

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Nicholas DEROSIER Et Al | GC07QS20GC0009-001 | 9/16/2020 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/16/2020 11:01 EDT                                                                                                    Page 2 of 2

## DETAILS OF INVESTIGATION

On September 15, 2020, HSI Grand Forks and members of the Grand Forks Police Department (GFPD) conducted a North Dakota state search warrant at           ., in Grand Forks, ND.  This is the residence of Nicholas DEROSIER and the business address for Team Lawn Inc.  The search warrant was for financial documents related to DEROSIER and businesses related to DEROSIER.

SA Casetta's, HSI Grand Forks, involvement in the case was searching the residence and speaking with the DEROSIER and witnesses.

SA Casetta spoke with Blake Thoreson, Julia Anderson and Christyan Logan.  Thoreson, Anderson and Logan are roommates and employees of DEROSIER.  SA Casetta asked these individuals their feelings about DEROSIER.  The following information was learned.

Anderson stated DEROSIER raped his 8-year-old nephew in Minnesota.  Logan and Thoreson both claimed to see a computer file folder on a thumb drive labeled "Boys" that was kept in DEROSIER's safe.  Logan said he did not look at any of the pictures.  Thoreson said he opened one picture and when he saw it was of a younger male, he closed the picture.

SA Casetta conducted a search of DEROSIER's bedroom.  In the bedroom SA Casetta discovered a file style fire safe.  In the safe were business files related to DEROSIER's landscaping business and multiple digital media storage devices.

SA Casetta spoke with DEROSIER.  SA Casetta asked DEROSIER if there was going to be anything concerning on the storage devices and DEROSIER replied with "there shouldn't be."

DEROSIER was not arrested at the conclusion of the search warrant.

All evidence was seized and kept in the GFPD secure evidence room.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Nicholas DEROSIER Et Al | GC07QS20GC0009-001 | 9/16/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.