## Arel, Michael R

**From:** Arel, Michael
**Sent:** Friday, March 8, 2019 10:27 AM
**To:** Freeman, Jennifer (JFreeman@grandforksgov.com)
**Subject:** Team Lawn
**Attachments:** Letter 2349647.pdf; teamlawndesign.AccountInfo.txt

Attached is the summons and return I received from Google.. Looks like Nicholas is probably our guy. I'm going to be out of the office now all next week but maybe when I get back we can come up with a game plan to at least talk to this guy and see what his deal is. It would be nice to dump his phone!

I'll hit you up when I am back from vacation.. I NEED one! 

Thanks,

Mike

Michael Arel
Special Agent
Department of Homeland Security
Homeland Security Investigations (HSI)
Grand Forks, ND
701-746-1157 ext 26



DEFENDANT'S EXHIBIT 16