IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

USA

v.

Nicholas James Morgan-Derosier

**DESCRIPTION OF DOCUMENT FILED CONVENTIONALLY**

Case No.:   3:22-cr-00005-PDW-1

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

Exhibit 14 to Reply to Motion to Suppress (Supplement to Doc. No. 82).

This filing was not e-filed for the following reason(s):

☑ Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☐ Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011