# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING REPORT AND** |
| ) | **RECOMENDATION** |
| vs. ) | |
| ) | Case No. 3:22-cr-5 |
| Nicholas James Morgan-Derosier, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a Report and Recommendation filed by United States Magistrate Judge Alice R. Senechal. Doc. No. 115. A two-day evidentiary hearing on a motion to suppress (Doc. No. 69) was held on May 3-4, 2023. Judge Senechal recommends denying Defendant Nicholas James Morgan-Derosier's motion to suppress. Doc. No. 115. The parties were given until July 6, 2023, to file objections to the Report and Recommendation. Id. That deadline was then extended to July 12, 2023. Doc. No. 118. On July 12, 2023, the Government filed a response, asking the Court to adopt the Report and Recommendation. Doc. No. 123. That same day, Morgan-Derosier filed an objection to the Report and Recommendation. Doc. No. 124.

The Court has reviewed the Report and Recommendation, the objections filed by Morgan-Derosier, the response filed by the Government, and the record as a whole, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 115) in its entirety. Morgan-Derosier's motion to suppress (Doc. No. 69) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2023.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court