UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JAMES MORGAN-DEROSIER,<br><br>Defendant. | Cr. No. 3:22-cr-5<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

The Defendant, Nicholas James Morgan-Derosier, submits this sentencing memorandum supplement before his sentencing hearing scheduled for 29 May 2024. His PSIR objections are noted in the report. He will present his sentencing recommendation at the hearing.

Dated this 23rd day of May, 2024.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/   Christopher P. Bellmore
Christopher P. Bellmore
Anne M. Carter
Assistant Federal Public Defender
Attorneys for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org